RECEIVED

DEC - 5 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| RUBY LEE CALHOUN, ET AL. | CIVIL DOCKET NO. 80-1422-A |
|---|---|
| -vs- | JUDGE DRELL |
| NATCHITOCHES PARISH SCHOOL BOARD | MAGISTRATE JUDGE KIRK |

## JUDGMENT

Considering the "Motion of Natchitoches Parish School Board for Declaration of Unitary Status and to Dismiss" (Doc. 34); the testimony and evidence adduced at the June 14, 2012 hearing on the motion; the reasons set forth in Open Court on that date; the Memoranda submitted by the parties on June 20, 2012 (Docs. 72 and 73); after independent review of Bulletin 741, the Court finds no prohibition, either implied or express, on the use of "co-principals" in schools; and the Court being satisfied that in granting this Judgment in part it is unlikely the school district will revert to its former ways by any attempt to reestablish a dual system in the area of staff assignments,

IT IS ORDERED, ADJUDGED, AND DECREED that the "Motion of Natchitoches Parish School Board for Declaration of Unitary Status and to Dismiss" (Doc. 34) is GRANTED IN PART to the extent that the Natchitoches Parish School District is declared unitary in the area of staff assignments.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all outstanding orders and injunctions herein, in the measure that they apply to the area of staff assignments, are hereby dissolved.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court's supervision over the operations of the Natchitoches Parish School District in the area of staff assignments is hereby relinquished and fully terminated.

SIGNED on this 5 day of December, 2012, at Alexandria, Louisiana.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

2